UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PANDA AMERICAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUTURE FUND INVESTMENTS CORPORATION, <br><br> Defendants. | Case No. 2:25-cv-02641 (BRM) (JBC) <br><br> **ORDER** |

**THIS MATTER** is before the Court on two motions: Plaintiff Panda Americas, Inc.'s ("Panda Americas") motion for default judgment against Defendant Future Fund Investments Corp. ("Future Fund Investments") (ECF No. 8) pursuant to Federal Rule of Civil Procedure 55(b)(2), and Future Fund Investments' motion to vacate default and default judgment (ECF No. 9) pursuant to Federal Rule of Civil Procedure 55(c). On July 21, 2025, Panda Americas filed a Brief in Opposition to Future Fund Investments' Motion to Vacate Default and Default Judgment. (ECF No. 10.) On July 24, 2025, Future Fund Investments filed a Response. (ECF No. 11.) Having reviewed the submissions filed in connection with the Motions and having declined to hold oral argument pursuant to Fed. R. Civ. P. 78(b), for the reasons in the accompanying Opinion and for good cause appearing,

**IT IS** on this 6th day of October 2025,

**ORDERED** that Plaintiff's motion for default judgment (ECF No. 8) is **DENIED**; and it is further

**ORDERED** that Defendant's motion to vacate default (ECF No. 9) is **GRANTED**; and it is further

**ORDERED** that Defendant's motion to vacate default judgment (ECF No. 9) is **DENIED** as moot; and it is further

**ORDERED** that Defendant file a response to Plaintiff's Complaint not later than fourteen days from the issuance of this Order.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT COURT**